IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAMUEL LAURENCE C.,

    **Plaintiff,**

vs.                                          CIV NO. 1:23-cv-01064-KRS

MARTIN O'MALLEY,
Commissioner of Social Security,

    **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Second Unopposed Motion for an Extension of Time (Doc. 11) to file his Answer or otherwise respond to Plaintiff's Complaint, the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until April 1, 2024, to Answer or otherwise respond to Plaintiff's Complaint.

_____
HONORABLE KEVIN R. SWEAZEA
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted*
JESSICA MILANO
Special Assistant United States Attorney

*Electronically approved*
MATTHEW MCGARRY
Attorney for Plaintiff