IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAMUEL LAURENCE CASALE,

  Plaintiff,

  -v-                                        CIV No. 1:23-cv-01064-KRS

MARTIN O'MALLEY,
Commissioner of Social Security,

  Defendant.

## STIPULATED ORDER

This matter is before the Court on Plaintiff's Unopposed Motion for Extension of Time,

IT IS HEREBY ORDERED that:

(1)  Plaintiff shall file Plaintiff's Brief on or before **Friday, July 26, 2024;**

(2)  Defendant shall file a Responsive Brief on or before **Monday, August 26, 2024;**

(3)  Plaintiff may file a Reply on or before **Monday, September 9, 2024.**

    IT IS SO ORDERED.

_____
HON. KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**Submitted by**:

*/s/ Matthew R. McGarry*
Matthew R. McGarry
Attorney for Plaintiff
**Approved by email on May 14, 2024, by:**

_____
Jessica Milano, Esq., SAUSA
Attorney for Commissioner