IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Samuel Laurence C.,**

    **Plaintiff,**

    v.                                                                          CIV No. 1:23-CV-01064-KRS

**CAROLYN COLVIN,**[1]
**Acting Commissioner of Social Security,**

    **Defendant.**

## JUDGMENT

Having denied Plaintiff's Motion to Reverse and Remand for Rehearing, (Doc. 18), in an opinion and order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered against Plaintiff and in favor of the Commissioner of the Social Security Administration.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).